UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60635-DSL/PAB

MIKYLA ARMSTRONG,

        Plaintiff,

vs.

FLORIDA MEMORIAL UNIVERSITY, INC.,

        Defendant.
_____/

## JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING REPORT

The Plaintiff, MIKYLA ARMSTRONG, and the Defendant, FLORIDA MEMORIAL UNIVERSITY, INC. (hereafter collectively "the Parties"), by and through their respective undersigned counsel, conferred on July 11, 2024, and hereby file their Joint Scheduling Report with Joint Proposed Scheduling Order (attached as "Exhibit A"), pursuant to this Honorable Court's Order Requiring Scheduling Report and Certificate of Interested Parties entered on July 1, 2024 [D.E. 12], Rules 26(f) and 26(f)(3), of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules for the Southern District of Florida.

    **I.**    **PROPOSED DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f)(3)**

        **a.**    **Changes in timing, form, or requirements:**

Initial disclosures and exchanges set forth in Fed. R. Civ. P. 26(a)(1) shall be made by Friday, August 16, 2024. The Parties do not propose any changes in timing, form, or requirements under Fed. R. Civ. P. 26(a).

        **b.**    **Subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or limited to or focused on particular issues:**

The Parties propose that discovery shall be completed by January 6, 2025. The Parties do

not believe that discovery should be conducted in phases.

    **c.**    **Any issues about disclosure or discovery of electronically stored information, ("ESI"), including the form or forms in which it should be produced:**

To be addressed by the Parties when and if there are any ESI issues as same become known.

    **d.**    **Any issues about claims of privilege or of protection as trial-preparation materials, including—if the Parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order:**

None have been identified by the Parties at this time.

    **e.**    **What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:**

None have been identified by the Parties at this time.

    **f.**    **Other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c):**

None have been identified by the Parties at this time.

**II.**    **REPORT OF THE PARTIES' CONFERENCE PURSUANT TO S.D. Fla. L.R. 16.1(B)(2))**

    **a.**    **Likelihood of Settlement:**

The Parties are open to settlement and are currently engaging in good faith settlement discussions.

    **b.**    **The likelihood of appearance in the action of additional Parties:**

None.

    **c.**    **Proposed limits on the time:**

        i.    To join other parties and to amend the pleadings: September 6, 2024.

        ii.    To file and hear motions addressing the sufficiency of the pleadings: March 23, 2024.

        iii.    To complete written and depositions discovery: January 6, 2025.

      iv.      To select a mediator and schedule a time, date and place for mediation: August 13, 2024.

    **d.**    **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**:

None at this time.

    **e.**    **Necessity or desirability of amendments to the pleadings:**

None at this time.

    **f.**    **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:**

The Parties may require an advance ruling from the Court on admissibility of evidence. Counsel will meet after the discovery cut-off date and the Pretrial Conference to discuss stipulations regarding the authenticity of documents and the need for advance rulings on evidence admissibility.

    **g.**    **Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

The Parties will endeavor to obtain admissions of fact and of documents, electronically stored information or things, and stipulations regarding authenticity of documents, electronically stored information or things, to minimize the need for advance rulings on evidence admissibility.

    **h.**    **Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

The Parties have no objection to referring discovery motions to the Magistrate Judge assigned to this case. However, the Parties do not consent to the referral of final disposition, including trial or dispositive motion, to a Magistrate Judge, nor do the Parties agree to mediation

CASE NO. 0:24-cv-60635-DSL/PAB

by the Magistrate Judge assigned to this case.

    **i.**     **Preliminary estimate of the time required for trial:**

The Parties estimate a three (3) day trial.

    **j.**     **Requested date or dates for conferences before trial, final pretrial conference, and trial:**

The Parties request a final pretrial conference on or about May 19, 2025, and trial to commence during the Court's June, 2025 trial term.

    **k.**     **Whether trial is to be Jury or Non-Jury:**

Jury trial.

    **l.**     **Joint Proposed Scheduling Order:**

Attached as "Exhibit A."

    **m.**     **Any other information that might be helpful to the Court in setting status or pretrial conferences:**

None at this time.

Respectfully submitted,

| VENZA LAW, PLLC | MARCY I. LAHART, P.A. | COLE, SCOTT & KISSANE, P.A. |
|---|---|---|
| 931 Village Boulevard, #905-322 | 249 SE Tuscawilla Road | 9150 S. Dadeland Blvd., Suite 1400 |
| West Palm Beach, FL 33409 | Micanopy, FL 32667 | Miami, FL 33156 |
| Office: (561) 596-6329 | Office: (352) 224-5699 | Office: (305) 350-5367 |
| dvenza@venzalawpllc.com | Fax: (888) 400-1464 | Fax: (305) 373-2294 |
| | marcy@floridaanimallawyer.com | jennifer.ruiz@csklegal.com |
| | | natalia.morales@csklegal.com |
| BY: *s/Denese Venza* | BY: *s/ Marcy I. LaHart* | BY: s/Jennifer V. Ruiz |
| Denese Venza, Esq. | Marcy I. LaHart, Esq. | Jennifer V. Ruiz, Esq. |
| Florida Bar No. 599220 | Florida Bar No. 0967009 | Florida Bar No. 42761 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* | Natalia Morales |
| | | Florida Bar No. 1038779 |
| | | *Counsel for Defendant* |

4

CASE NO. 0:24-cv-60635-DSL/PAB

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2024, we electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
*Attorneys for Defendant Florida Memorial University, Inc.*
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
E-Mail: jennifer.ruiz@csklegal.com
E-Mail: natalia.morales@csklegal.com
Telephone: 305-350-5367
Facsimile: 305-373-2294

By: s/Jennifer V. Ruiz
    JENNIFER V. RUIZ
    FBN: 42761
    NATALIA MORALES
    FBN: 1038779

CASE NO. 0:24-cv-60635-DSL/PAB

# SERVICE LIST
**Mikyla Armstrong v. Florida Memorial University, Inc.**
Case Number: 0:24-cv-60635 DSL
United States District Court, Southern District of Florida
Ft. Lauderdale Division

| | |
|---|---|
| **Denese Venza, Esq.**<br>Venza Law, PLLC<br>931 Village Boulevard<br>#905-322<br>West Palm Beach, Florida 33409<br>E-Mail: dvenza@venzalawpllc.com<br>*Served via transmission of Notice of Electronic Filing generated by CM/ECF*<br>**Lead Counsel for Plaintiff, Mikyla Armstrong** | **Marcy I. Lahart, Esq.**<br>Marcy I. Lahart, PA<br>249 SE Tuscawilla Rd.<br>Minocopy, Florida 32667-4222<br>E-Mail: Marcy@floridaanimallawyer.com<br>*Served via transmission of Notice of Electronic Filing generated by CM/ECF*<br>**Lead Counsel for Plaintiff, Mikyla Armstrong** |
| **Jennifer V. Ruiz, Esq.**<br>**Natalia Morales, Esq.**<br>Cole, Scott & Kissane, P.A.<br>9150 South Dadeland<br>Ste. 1400<br>Miami, Florida 33156<br>E-Mail: jennifer.ruiz@csklegal.com<br>E-Mail: natalia.morales@csklegal.com<br>*Served via transmission of Notice of Electronic Filing generated by CM/ECF*<br>**Lead Counsel for Defendant, Florida Memorial University, Inc.** | |