UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60635-DSL/PAB

MIKYLA ARMSTRONG,

        Plaintiff,

vs.

FLORIDA MEMORIAL UNIVERSITY, INC.,

        Defendant.

_____/

## JOINT PROPOSED SCHEDULING ORDER

THIS CAUSE is set for trial during the Court's two-week trial calendar beginning

_____, 2025, at 9:00 a.m. If the case cannot be tried during the two-week period, it will

be re-set for each successive trial calendar until tried or resolved. The Calendar Call will be held

at _____ a.m./p.m. on _____, 2025. Unless instructed otherwise by subsequent order,

the trial and all other proceedings in this case shall be conducted in Courtroom 202A at the U.S.

Federal Building and Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Pursuant to Local Rule 16.1(a), this case is assigned to a Standard Track. The Parties shall adhere

to the following schedule:

| DEADLINE OR EVENT | PROPOSED DATE |
|---|---|
| Joinder of any additional parties and filing of motion to amend the pleadings by | September 6, 2024 |
| Selection of a mediator pursuant to Local Rule 16.2 and scheduling time, date, and place for mediation by | August 13, 2024 |
| Plaintiff's disclosure of experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | September 20, 2024 |
| Defendant's disclosure of experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | October 25, 2024 |

| | |
|---|---|
| Plaintiff's disclosure of rebuttal experts, expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | November 15, 2024 |
| Discovery Deadline (all discovery, including expert discovery) to be completed by | January 6, 2025 |
| Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | November 18, 2024 |
| Mediation shall be completed by [no more than one month after the close of discovery] | January 10, 2025 |
| Dispositive motions, including summary judgment and Daubert, shall be filed by [at least four months before the date for filing the Pretrial Stipulation] | March 31, 2025 |
| Deposition designations and counter designations shall be filed by [at least two months before Trial date] | April 11, 2025 |
| All pretrial motions and memoranda of law, including motions in limine, shall be filed by [at least one month before Trial date] | April 25, 2025 |
| Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by [at least one month before Trial date] | May 12, 2025 |
| Pretrial Conference | [DATE] |

DONE AND ORDERED in Fort Lauderdale, Florida, this [day] day of [month], 2024.


_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**