UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60635-DSL/PAB

MIKYLA ARMSTRONG,

    Plaintiff,

vs.

FLORIDA MEMORIAL UNIVERSITY, INC.,

    Defendant.
_____/

## PLAINTIFF'S *SECOND AMENDED* CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, MIKYLA ARMSTRONG, by and through her undersigned counsel and pursuant to this Court's Order [DE 12] directing Interested Parties and Corporate Disclosures, the Clerk's Notice to Filer [DE 13], conferral with a Clerk's Office representative, and subsequent conferral with Defendant's counsel on July 11, 2024, regarding appropriate affiliates, hereby amends her prior disclosure:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Persons:**
Marcy I. LaHart, Esq., Plaintiff's counsel
Denese Venza, Esq., Plaintiffs' counsel
Jennifer V. Ruiz, Esq., Defendant's counsel
Natalia Morales, Esq., Defendant's counsel
Mikyla Armstrong, Plaintiff
Kyranecia "Kyra" Armstrong, Plaintiff's mother

**Entities:**
Marcy I. LaHart, PA, Plaintiff's counsel
Venza Law, PLLC, Plaintiff's counsel
Cole, Scott, Kissane, PA, Defendant's counsel
Florida Memorial University, Inc., Defendant

**Other Affiliates:**
**None.**

2) the name of every other entity whose publicly-traded stock, equity, or debt may be

substantially affected by the outcome of the proceedings:

None known.

3)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Mikyla Armstrong.

## CERTIFICATE OF NO KNOWN CONFLICTS

We hereby certify that, except as disclosed above, we are unaware of any actual or potential conflict of interest involving the District Judge or Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

| | |
|---|---|
| VENZA LAW, PLLC | MARCY I. LAHART, P.A. |
| West Villages at Wellen Park | 249 SE Tuscawilla Road |
| 12161 Mercado Drive, #227 | Micanopy, FL 32667 |
| Venice Beach, FL 34293-1147 | Office: (352) 224-5699 |
| Office: (561) 596-6329 | Facsimile: (888) 400-1464 |
| Email: dvenza@venzalawpllc.com | Email: marcy@floridaanimallawyer.com |
| | |
| BY: *s/ Denese Venza* | BY: *s/ Marcy I. LaHart* |
| Denese Venza, Esq. | Marcy I. LaHart, Esq. |
| Florida Bar No. 599220 | Florida Bar No. 0967009 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 15th day of July 2024, a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to the Clerk of the Court.

BY: *s/Denese Venza*
Fla. Bar No. 599220