UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60635-DSL/PAB

MIKYLA ARMSTRONG,

    Plaintiff,

vs.

FLORIDA MEMORIAL UNIVERSITY, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MIKYLA ARMSTRONG, and Defendant, FLORIDA MEMORIAL UNIVERSITY, INC., by and through their respective, undersigned counsel and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)((ii), hereby file this Stipulation for Dismissal with Prejudice evidencing that the Parties hereby:

STIPULATE and AGREE that they have resolved this action, including all claims, counterclaims, compulsory and/or permissive, third-party claims, and do hereby acknowledge full and complete compromise settlement thereof . The Parties further stipulate and agree this matter be dismissed with prejudice, with each party to bear his/her/its/their own attorney's fees and costs except as was otherwise agreed.

    Respectfully submitted,

VENZA LAW, PLLC
12161 Mercado Drive, #227
Venice Beach, FL 34293-1147
Office: (561) 596-6329
Email: dvenza@venzalawpllc.com

By: */s/ Denese Venza*
   DENESE VENZA, ESQ.
   Florida Bar No. 599220
   *Counsel for Plaintiff*

MARCY I. LAHART, P.A.
249 SE Tuscawilla Road
Micanopy, FL  32667
Office: (352) 224-5699
Facsimile: (888) 400-1464
Email: marcy@floridaanimallawyer.com

By: */s/ Marcy I. LaHart*
   MARCY I. LAHART, ESQ.
   Florida Bar No. 0967009
   *Counsel for Plaintiff*

COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Office: (305) 350-536
Facsimile: (305) 373-2294
Primary e-mail: jennifer.ruiz@csklegal.com
Secondary e-mail: natalia.morales@csklegal.com

By: /s/ *Jennifer V. Ruiz*
   JENNIFER V. RUIZ, ESQ.
   Florida Bar No.: 42761
   NATALIA MORALES, ESQ.
   Florida Bar No. 1038779
   *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December, 2024, a true and correct copy of the foregoing was furnished by the CM/ECF electronic filing system to all parties registered.

BY: *s/Denese Venza*
Fla. Bar No. 599220