UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60635-LEIBOWITZ

**MIKYLA ARMSTRONG,**

    *Plaintiff,*

v.

**FLORIDA MEMORIAL UNIVERSITY, INC.**,

    *Defendant.*
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 29], filed on December 5, 2024. Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *with prejudice*. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on December 6, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record